IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY L. WALKER,** : | CIVIL ACTION NO. 1:05-CV-2685 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **WILLIAM WENTZ,** : | |
| : | |
| **Defendant** : | |

### ORDER

AND NOW, this 22nd day of March, 2006, upon consideration of the order of court dated February 28, 2006 (Doc. 8), striking the complaint in the above-captioned action and directing plaintiff, proceeding *in forma pauperis*, to file an amended complaint on or before March 13, 2006 and warning that failure to comply could result in the dismissal of this case, and it appearing that, as of the date of this order, plaintiff has not filed an amended complaint or sought an enlargement of time to file an amended complaint, it is hereby ORDERED that the Clerk of Court is directed to CLOSE this case.

        /s/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge